IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| DANA SALTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:18cv605-MHT |
| | ) | (WO) |
| MONTGOMERY ASSOCIATION OF | ) | |
| RETARDED CITIZENS, | ) | |
| | ) | |
| Defendant. | ) | |

OPINION

Plaintiff filed this lawsuit asserting that she was suspended and terminated from her job in retaliation for reporting harassment. The lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendant's motion to dismiss be granted and that plaintiff's case be dismissed without prejudice for failure to prosecute. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 31st day of May, 2019.

                                      /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**